# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DR. JOHN SHIM, M.D.,

Petitioner,

v.

RICARDO MORALES; JOHN MCGEE and
RAISER-DC, LLC d/b/a UBER TECHNOLOGIES, INC,

Respondents.

No. 2D23-609

_____

September 1, 2023

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Melissa Polo, Judge.

Gabriella E. Lopez and Raymond A. Haas of HD Law Partners, Tampa for Petitioner.

Valerie L. Leatherwood of Leatherwood Law Firm, P.A., Sarasota, for Respondent Ricardo Morales.

No appearance for the remaining Respondents.

PER CURIAM.

Dismissed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.